# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| CONTESSICA MCKINNEY,<br><br>      Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, AND RECEIVABLE SOLUTIONS, LLC.<br><br>      Defendants. | Case No.: 6:24-cv-00732-TMC<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

      **NOTICE IS HEREBY GIVEN** that Plaintiff Contessica McKinney and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Equifax only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

      //

RESPECTFULLY SUBMITTED this 8th day of October 2024.

                                              */s/ Dawn McCraw*
Dawn McCraw (SCB #105059)
Consumer Attorneys
8095 N 85th Way
Scottsdale, AZ 85258
T: (602) 807-1527
F: (718) 715-1750
E: dmccraw@consumerattorneys.com

*Attorneys for Plaintiff*
*Contessica McKinney*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Dawn McCraw*